UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MEDMAR INC.,<br><br>                                      Plaintiff,<br><br>vs.<br><br>ANGLO EASTERN NAVIGATION PTE LTD.; 51,035.504 METRIC TONS OF U.S. NO. 2 OR BETTER SOFT WHITE WHEAT IN BULK; ALSAEED TRADING COMPANY; MIDSTAR FZE; VIGOROUS SHIPPING & TRADING S.A.,<br><br>                                   Defendants. | Case No. 3:19-cv-00083-MO<br><br>ADMIRALTY<br><br>PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

     **WHEREAS**, a Verified Complaint has been filed in the United States District Court for the District of Oregon, Portland Division, on the 17th day of January, 2019 styled as follows: in a cause of action to recover damages due and owing to the Plaintiff, amounting to <u>USD 3,429,867.74</u>, and praying that a Writ of Attachment and Garnishment be issued against the Defendants pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and;

PROCESS OF MARITIME ATTACHMENT AND
GARNISHMENT - 1

**WHEREAS**, the Court reviewed the Verified Complaint and Affidavit and found that the conditions of Federal Rules of Civil Procedure Supplemental Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW, THEREFORE** you are hereby commanded to attach the defendants' goods in the Federal District of Oregon, including Kalama or Longview, Washington, to the amount sued for, and in particular the 51,035.504 metric tons of U.S. No. 2 or better soft white wheat in bulk loaded onto the vessel M/V VIGOROUS (the wheat), as well as funds advanced by Defendants in respect of disbursements, pilots, tugs, stevedoring services, port costs, and expenses relating to upcoming calls, and also freights payable to the said Defendants in respect of booking notes, bills of lading, or other contracts of affreightment, in the possession, custody or control of the Master of the M/VIGOROUS, belonging to Defendant.

In the hand of ITS MASTER of the M/V VIGOROUS, garnishee. If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

If intangible property is attached you shall execute this process by leaving with the named garnishee(s) or other obligor(s) a copy of the complaint and this process; or you may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the plaintiff, as set forth herein, with interest and costs.

PLAINTIFF agrees to release and hold harmless, and indemnify, the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, and any alternative process server from any and all liability or responsibility for claims arising from the attachment of the wheat or any other goods or things subject to this Process of Maritime Attachment and Garnishment.

TO THE GARNISHEE(S): You are hereby summoned and required to serve upon Plaintiff's attorney, Valerie I. Holder whose address is 450 Pacific Ave, San Francisco, CA

PROCESS OF MARITIME ATTACHMENT AND
GARNISHMENT - 2

94133, an answer to the complaint together with answers to any interrogatories served with the complaint within 21 days after service of this process upon you.

    WITNESS, the Honorable Judge Michael Mosman, Chief Judge of said Court, this 23d day of January 2019.

By: *Mary Moran*
     Clerk

By: *Kara Schulz*
     Deputy Clerk

*[signature]*
1/23/19

PROCESS OF MARITIME ATTACHMENT AND
GARNISHMENT - 3