John D. Giffin, CASB No. 89608, *Pro Hac Vice*
Valerie I. Holder, OSB No. 160646
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136
Email:    valerie.holder@kyl.com
          john.giffin@kyl.com
Attorneys for Plaintiff
Medmar Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **MEDMAR INC.,**<br><br>                    Plaintiff,<br><br>vs.<br><br>**ANGLO EASTERN NAVIGATION PTE LTD.; 51,035.504 METRIC TONS OF U.S. NO. 2 OR BETTER SOFT WHITE WHEAT IN BULK; ALSAEED TRADING COMPANY; MIDSTAR FZE; VIGOROUS SHIPPING & TRADING S.A,**<br><br>                    Defendants. | Case No. 3:19-cv-00083-MO<br><br>ADMIRALTY<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)**<br><br>[FILED CONCURRENTLY WITH PLAINTIFF'S NOTICE OF CONSENT TO RELEASE CARGO FROM ATTACHMENT] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Medmar Inc. ("Plaintiff") hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety against Defendants Anglo Eastern Navigation PTE LTD.; 51,035.504 Metric Tons of U.S. No. 2 or Better Soft White Wheat in Bulk; Alsaeed Trading Company; Midstar FZE; and Vigorous Shipping & Trading S.A. (collectively, "Defendants"). The dismissal is expressly without prejudice and without award of costs or attorneys' fees to any party.

No adverse party has served an answer or has otherwise responded to Plaintiff's January

Case No.: 3:19-cv-00083-MO
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
- 1

KEESAL, YOUNG & LOGAN
450 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA 94133
(415) 398-6000

17, 2019 Complaint. Accordingly, the claims against these Defendants may be dismissed without an Order of the Court.

DATED this 15th day of February, 2019.

KEESAL, YOUNG & LOGAN

/s/ Valerie I. Holder
John D. Giffin, CASB No. 89608, *Pro Hac Vice*
Valerie I. Holder, OSB No. 160646
Attorneys for Plaintiff
Medmar Inc.

Case No.: 3:19-cv-00083-MO
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
- 2

KEESAL, YOUNG & LOGAN
450 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA 94133
(415) 398-6000