John D. Giffin, CASB No. 89608, *Pro Hac Vice*
Valerie I. Holder, OSB No. 160646
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
Email: valerie.holder@kyl.com
john.giffin@kyl.com
Attorneys for Plaintiff
Medmar Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **MEDMAR INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ANGLO EASTERN NAVIGATION PTE LTD.; 51,035.504 METRIC TONS OF U.S. NO. 2 OR BETTER SOFT WHITE WHEAT IN BULK; ALSAEED TRADING COMPANY; MIDSTAR FZE; VIGOROUS SHIPPING & TRADING S.A,**<br><br>Defendants. | Case No. 3:19-cv-00083-MO<br><br>ADMIRALTY<br><br>**PLAINTIFF'S NOTICE OF CONSENT TO RELEASE CARGO FROM ATTACHMENT**<br><br>[FILED CONCURRENTLY WITH PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)] |

NOW COMES, through undersigned counsel, Plaintiff Medmar Inc. ("Plaintiff") and hereby gives Notice of Consent to Release Cargo from Attachment:

1. WHEREAS on January 17, 2019, Plaintiff filed its Verified Complaint (ECF No. 1), in which it prayed that all of Defendants Anglo Eastern's and Midstar's (collectively, "Defendants") respective tangible or intangible property within this district, and the 51,035.504 metric tons of U.S. No. 2 or better soft white wheat in bulk loaded onto the vessel M/V/ VIGOROUS (the "Cargo"), owned or in control

Case No.: 3:19-cv-00083-MO
PLAINTIFF'S NOTICE OF CONSENT TO RELEASE
CARGO FROM ATTACHMENT    - 1

KEESAL, YOUNG & LOGAN
450 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA 94133
(415) 398-6000

of the said Defendants or in the hands or control of persons named as garnishes in the Process of Maritime Attachment and Garnishment be attached and seized pursuant to Supplemental Admiralty Rule B for Certain Admiralty and Maritime Claims;

2. WHEREAS on January 23, 2019, the Court commanded the attachment of Defendants' Cargo by its Process of Maritime Attachment and Garnishment (ECF No. 13);

3. WHEREAS on this date, Plaintiff concurrently filed its Notice of Voluntary Dismissal of the above-entitled action without Prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i);

4. WHEREAS Plaintiff hereby gives notice to ITS MASTER of the M/V VIGOROUS, garnishee, to release the Cargo from attachment;

5. WHEREAS the only party having appeared in the above-entitled action is Plaintiff, who consents to the release of the Cargo from attachment; and

6. This Court has not entered any Order to the contrary preventing or otherwise restricting the foregoing release from attachment of the Cargo.

Respectfully submitted:

DATED this 15 day of February, 2019.

KEESAL, YOUNG & LOGAN

/s/ Valerie I. Holder
John D. Giffin, CASB No. 89608, *Pro Hac Vice*
Valerie I. Holder, OSB No. 160646
Attorneys for Plaintiff
Medmar Inc.

Case No.: 3:19-cv-00083-MO
PLAINTIFF'S NOTICE OF CONSENT TO RELEASE
CARGO FROM ATTACHMENT     - 2

KEESAL, YOUNG & LOGAN
450 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA 94133
(415) 398-6000